**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6936

ANTHONY ANDREWS,

Plaintiff - Appellant,

versus

JAMES C. FOX, District Judge; MS. LIBBY, Staff
Attorney; LAW CLERKS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
District Judge. (CA-04-245-5-H)

Submitted:  September 16, 2004    Decided:  September 23, 2004

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Anthony Andrews, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Andrews appeals the district court's order denying relief on his action filed under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), and dismissing claims against a federal judge, his staff attorney and his unnamed law clerks as frivolous under 28 U.S.C. § 1915(e) (2000). We have reviewed the record and find no reversible error. Accordingly, we dismiss this appeal as frivolous for the reasons stated by the district court. <u>See</u> <u>Andrews v. Fox</u>, No. CT-04-245-5-H (E.D.N.C. May 11, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>